RECEIVED
APR 2 4 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| Venable | Civil Action No. 6:16-01336 |
| versus | Judge Rebecca F. Doherty |
| Schlumberger Technology Corp, et al | Magistrate Judge Carol B. Whitehurst |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that Defendants, Schlumberger Technology Corporation, Smith International, Inc., Schlumberger Group Welfare Benefits Plan and the Administrative Committee of the Schlumberger Group Welfare Benefits Plan's, Motion To Dismiss Pursuant To Rule 12(b)(6) [Rec. Doc. 17] is **DENIED**.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 24 day of April, 2017.

Rebecca F. Doherty
United States District Judge